IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE LEROY YEADON, | No. CIV S-08-0434-JAM-CMK |
| Plaintiff, | |
| vs. | ORDER |
| THE CITY OF REDDING, et al., | |
| Defendants. | |
| _____/ | |

       This civil case proceeds on plaintiff's original complaint filed February 26, 2008. Plaintiff is appearing in this matter pro se. Defendants are represented by Gary Brickwood, Esq.

       Upon consideration of the status reports on file in this action, discussion with the parties, and good cause appearing therefor, IT IS HEREBY ORDERED that the following schedule is set for this matter pursuant to Federal Rule of Civil Procedure 16(b):

       1.    Initial disclosures shall be exchanged no later than October 1, 2008;

       2.    The parties shall exchange lists of expert witnesses no later than June 1, 2009. Such disclosures must be made pursuant to Federal Rule of Civil Procedure 26(a)(2)(A) and (B). The parties are reminded of their obligation to supplement these disclosures when required under Federal Rule of Civil Procedure 26(e)(1). Failure to comply with these

1

requirements may result in the imposition of appropriate sanctions, which may include the preclusion of testimony or other evidence offered through the expert witness;

      2.      Discovery shall be completed, and all motions pertaining to discovery shall be noticed to be heard, by October 1, 2009;

      3.      All other pre-trial motions, including dispositive motions, shall be noticed to be heard by November 23, 2009;

      4.      The pre-trial conference is set for January 22, 2010, at 3:00 p.m. before the Honorable John A. Mendez, at the United States District Courthouse, 501 I Street, Sacramento, California, in courtroom 6.  Pre-trial statements shall be filed pursuant to Local Rule 16-281.  At the pre-trial conference, the court will set deadlines, among others, to file motions in limine, final witness and exhibits lists, objections thereto, and other trial documents; and

      5.      Trial of this matter is set for March 1, 2010, at 8:30 a.m. in courtroom 6 before the Honorable John A. Mendez.  The parties shall file trial briefs pursuant to Local Rule 16-285.

DATED: August 28, 2008

                                                                                                                  /s/ Craig M. Kellison

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE