IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE LEROY YEADON, | No. CIV S-08-0434-JAM-CMK |
| Plaintiff, | |
| vs. | ORDER |
| CITY OF REDDING, et al., | |
| Defendants. | |
| _____ / | |

      Plaintiff, who is proceeding pro se, brings this civil action. Plaintiff has filed a notice of voluntary dismissal. Good cause appearing therefor, this action is dismissed without prejudice. See Fed. R. Civ. P. 41(a)(2). The Clerk of the Court is directed to terminate all pending motions and close this file.

      IT IS SO ORDERED.


DATED: October 1, 2009

                                              **CRAIG M. KELLISON**
                                              UNITED STATES MAGISTRATE JUDGE